**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF TEXAS

ROOM 125, 100 EAST HOUSTON STREET

MARSHALL, TEXAS 75670

OFFICIAL BUSINESS



7014 1820 0002 0302 3467







NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

**Xiaohua Huang**

900 E. Hamilton Ave Rm 100

Campbell, Ca 95008